IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN J. FEDEROFF, | |
|     Plaintiff, | CIV-S-05-0151 GGH |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ORDER TO SHOW CAUSE |
|     Defendant. | |

The parties were directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form. Accordingly, within 10 days from the date this order is filed, the plaintiff is directed to SHOW CAUSE why the form was not timely returned to the Clerk.

Dated: 6/24/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:035
federoff151.osc