1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Defendant

6

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  DOREEN J. FEDEROFF,                CASE NO. 2:05-CV-00151-GGH

14            Plaintiff,
                                       STIPULATION AND ORDER
15  v.                                 EXTENDING DEFENDANT'S TIME
                                       TO RESPOND TO PLAINTIFF'S
16  JO ANNE B. BARNHART,               COMPLAINT
    Commissioner of
17  Social Security,

18            Defendant.

19

20      IT IS HEREBY STIPULATED by and between the parties, through their respective

21  undersigned attorneys, with the permission of the Court as indicated below, that Defendant's time

22  to respond to Plaintiff's complaint is hereby extended from the present due date of October 20,

23  2005, by thirty-two (32) days, to the new filing date of November 21, 2005.  The U.S. Attorney's

24  Office has been informed by Social Security Administration (SSA) that Plaintiff's claim file is

25  currently at a field office.  It has not yet been possible to determine whether, within the above

26  requested time, the claim file can be obtained by SSA's Court Case Preparation Branch in Falls

27  Church, Virginia, and the administrative transcript prepared.  If the claim file can be obtained and

28  the transcript prepared within the requested time, Defendant will file her answer by the new filing

                                        1

1   deadline of November 21, 2005.  However, if the claim file cannot be obtained and the transcript

2   prepared within such requested time, Defendant will seek remand pursuant to 42 U.S.C. § 405(g)

3   (sentence six).

4          For the above stated reasons, the parties request that the Court grant the requested

5   extension.  This is the first request to extend Defendant's deadline to respond to Plaintiff's

6   complaint.

7          The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

8   stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

9   authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic

10  Case Filing password, pursuant to Local Rule 7-131.

11

12  DATED: October 18, 2005                    */s/ Bess M. Brewer*
                                               BESS M. BREWER
                                               Attorney at Law

13

14                                             Attorney for Plaintiff

15  DATED: October  18, 2005                   McGREGOR W. SCOTT
                                               United States Attorney
16

17

18                                    By: */s/ Bobbie J. Montoya*
                                          BOBBIE J. MONTOYA
                                          Assistant U. S. Attorney
19

20                                             Attorneys for Defendant

21  OF COUNSEL:

22  JANICE L. WALLI
    Chief Counsel, Region IX

23  JACQUELINE A. FORSLUND
    Assistant Regional Counsel
24

25  Social Security Administration

26

27

28

                                               2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

For good cause shown, the requested extension of Defendant's time to respond to Plaintiff's complaint in **FEDEROFF v. BARNHART**, Case No. 2:05-00151-GGH, is hereby APPROVED.  Defendant shall have until November 21, 2005 to file the answer and administrative transcript or seek remand pursuant to 42 U.S.C. § 405(g) (sentence six).

SO ORDERED.

**DATED: 10/25/05**

/s/ Gregory G. Hollows

**GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE**

federoff.eot

3