```
 1  BESS M. BREWER, #100364
    BREWER & MITCHELL, LLP
 2  1023 H Street, Suite B5
    Sacramento, CA 95814
 3  Telephone: (916) 448-8600
    Facsimile: (916) 448-8605
 4
    Attorneys for Plaintiff
 5
```

FILED

JAN - 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| DOREEN J. FEDEROFF, | ) | Case No. CIV-S-05-151 - GGH |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) | [PROPOSED] STIPULATION AND ORDER |
| Plaintiff, | ) | EXTENDING PLAINTIFF'S TIME TO |
|  | ) | FILE MEMORANDUM IN SUPPORT |
| v. | ) | OF SUMMARY JUDGMENT |
|  | ) |  |
| JO ANNE B. BARNHART | ) |  |
| Commissioner of Social Security | ) |  |
| of the United States of America, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of January 9, 2006 until February 20, 2006. This is Ms. Federoff's first request for an extension and it is required due to her attorney's heaving briefing schedule.

////

////

////

*Federoff v. Barnhart*, CIV-S-05-151 GGH                    1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 3, 2006 | BREWER & MITCHELL, LLP |
| 3 | | By: /s/Bess M. Brewer<br>BESS M. BREWER |
| 4 | | Attorney at Law |
| 5 | | Attorney for Plaintiff |
| 6 | Dated: January 3, 2006 | McGregor W. Scott |
| 7 | | United States Attorney |
| 8 | | By: /s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA |
| 9 | | Assistant U.S. Attorney |
| 10 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: Jan. 5, 2006

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

*Federoff v. Barnhart*, CIV-S-05-151 GGH                          2