1  BESS M. BREWER, #100364
   BREWER & MITCHELL, LLP
2  1023 H Street, Suite B5
   Sacramento, CA 95814
3  Telephone: (916) 448-8600
   Facsimile: (916) 448-8605
4
   Attorneys for Plaintiff
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 **DOREEN J. FEDEROFF**            )     **Case No.  CIV-S-05-151 - GGH**
                                     )
11                                   )
                                     )
12                                   )
                                     )     **STIPULATION AND ORDER**
13           **Plaintiff,**          )     **EXTENDING PLAINTIFF'S TIME TO**
                                     )     **FILE MEMORANDUM IN SUPPORT**
14 **v.**                            )     **OF SUMMARY JUDGMENT**
                                     )
15 **JO ANNE B. BARNHART**           )
   **Commissioner of Social Security** )
16 **of the United States of America,** )
                                     )
17           **Defendant.**          )
                                     )
18 _____  )

19

20        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21 permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is

22 hereby extended from its current due date of  February 21, 2006 to February 24, 2006.

23

24

25 / / / /

26 / / / /

27 / / / /

28

   *Federoff v. Barnhart,* CIV-S-05-151 GGH          1

1    Dated:  February 22, 2006          BREWER & MITCHELL, LLP

2                                       By: /s/Bess M. Brewer
                                        BESS M. BREWER
3                                       Attorney at Law

4                                       Attorney for Plaintiff

5    Dated: February 22, 2006____       McGregor W. Scott
                                        United States Attorney
6
                                        By: /s/Bobbie J. Montoya
7                                       BOBBIE J. MONTOYA
                                        Assistant U.S. Attorney
8
                                        Attorney for Defendant
9

10

11

12                                          **ORDER**

13

14   APPROVED AND SO ORDERED.

15

16   DATED: 2/22/06                     /s/ Gregory G. Hollows

17                                       GREGORY G. HOLLOWS
                                        U.S. MAGISTRATE JUDGE
18
     federoff.ord
19

20

21

22

23

24

25

26

27

28