McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN J. FEDEROFF,<br><br>       Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>       Defendant. | CASE NO. **2:05-CV-00151-GGH**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($5,500.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's

FEDEROFF v. Barnhart
EAJA Stip & Order
2:05-cv-00151-GGH                               **1**

1  liability under the EAJA in this action.
2      Payment of the amount specified above shall constitute a
3  complete release from and bar to any and all claims of Plaintiff's
4  counsel relating to EAJA fees in connection with this action,
5  without prejudice to any future request for fees under the Social
6  Security Act, 42 U.S.C. § 406(b).
7  / / /
8  / / /
9  / / /
10 / / /

FEDEROFF v. Barnhart
EAJA Stip & Order
2:05-cv-00151-GGH                              **2**

```
    /s/ Bess M. Brewer
        (As authorized on OCTOBER 19, 2006)
    BESS M. BREWER
    Attorney at Law

    Attorney for Plaintiff



    McGREGOR W. SCOTT
    United States Attorney
    BOBBIE J. MONTOYA
    Assistant U.S. Attorney

By: /s/ Bobbie J. Montoya for
        (As signed on OCTOBER 20, 2006)
    JACQUELINE A. FORSLUND
    Special Assistant U.S. Attorney

    Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

## ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $5,500.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: 10/25/06                 /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

federoff.fees

FEDEROFF v. Barnhart
EAJA Stip & Order
2:05-cv-00151-GGH                **3**